IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLIE MITCHELL, # 224560, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 2:16cv25-WHA-GMB |
| ) | [WO] |
| KENNETH JONES, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**<u>RECOMMENDATION OF THE MAGISTRATE JUDGE</u>**

On February 23, 2016, this court entered an order directing the petitioner to submit the $5.00 filing fee by March 14, 2016. Doc. 5.  The petitioner was specifically cautioned that his failure to comply with the court's order would result in a recommendation that this case be dismissed. Doc. 5 at 2.

The requisite time has passed, and the petitioner has failed to submit the filing fee. Consequently, this court concludes that dismissal of this case is appropriate.  The court has considered whether a remedy less drastic that dismissal is appropriate, but determines that petitioner's failure to comply is indicative of an abandonment of the claims in the petition.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be DISMISSED without prejudice because the petitioner has failed to comply with the orders of this court.

It is further ORDERED that the parties shall file any objections to this Recommendation or before **April 14, 2016**.  A party must specifically identify the factual findings and legal conclusions in the Recommendation to which objection is made.  Frivolous, conclusive, or general objections will not be considered.  Failure to file written objections to the Magistrate

Judge's findings and recommendations in accordance with the provisions of 28 U.S.C. § 636(b)(1) will bar a party from a *de novo* determination by the District Court of legal and factual issues covered in the Recommendation and waives the right of the party to challenge on appeal the District Court's order based on unobjected-to factual and legal conclusions accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982); 11th Cir. R. 3-1; *see Stein v. Lanning Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982).

     DONE on this 31st day of March, 2016.

                                        /s/ Gray M. Borden
                              UNITED STATES MAGISTRATE JUDGE