IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLIE MITCHELL, #224560, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | )   CASE NO 2:16-cv-025-WHA |
| | ) |
| KENNETH JONES, et al., | )         (WO) |
| | ) |
| Respondents. | ) |

**ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #6), entered on March 31, 2016.  There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for failure of the Petitioner to comply with the orders of the court.   Final Judgment will be entered accordingly.

DONE this 25th day of April, 2016.

/s/  W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE